IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMIE JUWANN ADY, *aka Jamie Ady Alatorre*,<br><br>Defendant. | CR 19-91-BLG-SPW<br><br>ORDER |

Upon the Defendant's Unopposed Motion to File Additional Documents Under Seal (Doc. 39), and for good cause being shown,

IT IS HEREBY ORDERED that Defendant's Motion (Doc. 39) is **GRANTED**. Defendant may file additional documents in this matter under seal.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 26th day of August, 2020.

SUSAN P. WATTERS
United States District Judge

1